**FILED**
FEB 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8099

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| George METZGAR | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about February 3, 2008, within the Southern District of California, defendant George METZGAR did knowingly and intentionally import approximately 104.54 kilograms (229.98 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th, DAY OF February 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

George METZGAR

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Steele.

On February 3, 2008 at approximately 2242 hours, George METZGAR entered the United States at the Calexico, California, East Port of Entry. METZGAR was the driver of a 1974 Tioga RV, bearing Nevada license plate 761UNL.

The primary inspector noticed that METZGAR was nervous and interfering with the inspection. METZGAR gave the primary inspector a negative oral Customs declaration. METZGAR stated he was on his way home to Indio, CA to visit his family. METZGAR stated he had been vacationing for three days in Mexicali, Mexico. METZGAR stated he lives in Phoenix, Arizona. METZGAR appeared nervous as his hands were shaking. METZGAR and the vehicle were referred to the secondary lot for closer examination.

In the vehicle secondary lot, METZGAR stated he has owned the RV a week ago and had gone to San Felipe, Mexico. A canine inspection of the vehicle was performed. The canine alerted and responded to the rear seat of the vehicle.

A subsequent inspection of the vehicle revealed 19 packages under the vehicles rear seat. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 19 packages had a combined net weight of approximately 104.54 kilograms (229.98 pounds).

METZGAR was advised of his rights as per Miranda. METZGAR stated he understood his rights and was willing to answer questions without the presence of an attorney. METZGAR stated to Special Agent Steel that he was going to San Felipe, but the RV broke down. METZGAR stated he had been approached at a radiator shop in Mexicali to hire him to smuggle narcotics into the United States or buy the RV from him. METZGAR stated he turned them down.