1 | **DAVID M.C. PETERSON**
California Bar No. Pending
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone:    (619) 234-8467
4 | Facsimile:    (619) 687-2666
Email:        David_Peterson@fd.org

6 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| UNITED STATES OF AMERICA, | ) CASE NO. 08MJ08099 |
|---|---|
| Plaintiff, | ) |
| v. | ) |
|  | ) **NOTICE OF APPEARANCE** |
| GEORGE METZGAR, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                          Respectfully submitted,


Dated: February 12, 2008            */s/ DAVID M. C. PETERSON*
                                          DAVID M.C. PETERSON
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
                                          David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: February 12, 2008          /s/ *DAVID M. C. PETERSON*
                                  DAVID M.C. PETERSON
                                  Federal Defenders of San Diego, Inc.
                                  225 Broadway, Suite 900
                                  San Diego, CA  92101-5030
                                  (619) 234-8467  (tel)
                                  (619) 687-2666  (fax)
                                  David_Peterson@fd.org (email)